UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

WILLIE JUNIOR CAGE, SR.,

        Defendant.

**ORDER**
Criminal File No. 23-334 (MJD/TNL)

Garrett S. Fields, Assistant United States Attorney, Counsel for Plaintiff.

Asa John Weston, Weston Law Office, LTD; and Justin A. Bruntjen, Gerald Miller P.A., Counsel for Defendant.

The above-entitled matter comes before the Court upon the Order and Report and Recommendation of United States Magistrate Judge Tony N. Leung dated March 15, 2024.  (Docs. 50, 51.)  Defendant Willie Junior Cage, Sr., filed timely objections.  (Doc. 52.)  In his objections, Defendant appeals the Magistrate Judge's Order denying his Motion for a Franks Hearing and objects to the recommendation to deny his Motion to Suppress.  (Id.)

**I.**    **Objection on Order Denying Defendant's Motion for a Franks Hearing**

The Court has conducted a clear error review of the Magistrate Judge's Order denying the Motion for a Franks Hearing and concludes that the Order is

1

not contrary to law or clearly erroneous.  Fed. R. Crim P. 59(a); LR 72.2(b).  The Court therefore overrules Defendant's objections and affirms the Order.

## II. Objection to Recommendation Denying Defendant's Motion to Suppress

The Court has conducted a de novo review of the recommendation of the Magistrate Judge.  Fed. R. Crim P. 59(b)(3); LR 72.2(b).  Based upon that review, the Court overrules Defendant's objection and adopts the recommendation.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated March 15, 2024 **[Doc. 51]**;

2. Defendant's Objections to the Order Denying his Motion for a Franks Hearing **[Doc. 52]** are **OVERRULED**; and

3. Defendant's Motion for Suppression of Evidence **[Doc. 38]** is **DENIED**.

Dated:  May 22, 2024                               s/Michael J. Davis
                                                   Michael J. Davis
                                                   United States District Court